NORTHWEST OHIO BAR ASSOCIATION *v.* NOBLE.

[Cite as *Northwest Ohio Bar Assn. v. Noble* (1992), 64 Ohio St.3d 464.]

(No. 91–2003—Submitted February 18, 1992—Decided September 2, 1992.)

466

*Weaner, Zimmerman, Bacon, Yoder & Hubbard* and *Stanley J. Yoder;* and *James P. Spriggs,* for relator.

*John D. Noble, pro se,* and *Charles W. Kettlewell,* for respondent.

---

*Per Curiam.* We concur in the board's findings and recommendation. John D. Noble is suspended from the practice of law in Ohio for two years. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.